C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
222 S. Oxford Ave.
Los Angeles, California 90004
Tel. 213-688-2001
Fax. 213-315-5035

Attorney for Plaintiff, NS INT'L TEXTILES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NS INT'L TEXTILES, a South Korea
Corporation;

        Plaintiff,

        vs.

THE MINT JULEP BOUTIQUE, LLC,
an Alabama Limited Liability
Company; GERALD A MATTSON JR,
an individual; ENTRO, INC., a
California Domestic Stock Company;
and DOES 1-10, inclusive,

        Defendants.

Case No. 2:19-cv-04594-CJC-E

**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

*Honorable Cormac J. Carney*

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NS INT'L TEXTILES and Defendants ENTRO, INC., THE MINT JULEP BOUTIQUE, LLC and GERALD A. MATTSON, JR. that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.

Each party shall bear its own costs and attorney's fees.

Dated: July 15, 2019

By:    /s/ *C. Yong Jeong*
       C. Yong Jeong, Esq.
       Attorney for Plaintiff
       NS INT'L TEXTILES

Dated: July 15, 2019

By:    /s/ *S. Calvin Myung*
       S. Calvin Myung
       Attorney for Defendant
       ENTRO, INC.

Dated: July 10, 2019

By:    /s/ *Alan D. Leeth*
       Alan D. Leeth, Esq.

       Attorney for Defendants, THE MINT
       JULEP BOUTIQUE, LLC, and GERALD
       A. MATTSON, JR.

I hereby attest that all signatories listed above, on whose behalf this notice is being submitted, concur in the filing's content and have authorized the filing.

Dated: July 15, 2019              /s/ *C. Yong Jeong*
                                  C. Yong Jeong, Esq.
                                  Attorney for Plaintiff